UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
J&J SPORTS PRODUCTION INC.,

              Plaintiff,                **<u>MEMORANDUM AND ORDER</u>**

   -against-                      15-cv-6504 (FB) (ST)

GPN BAR INC., MICHELE L. FARRELL,
and GREGORY FARRELL,

              Defendants.
--------------------------------------------------x

*Appearances*:

*For Plaintiff*:
PAUL J. HOOTEN
Paul J. Hooten & Associates
5505 Nesconset Highway, Suite 203
Mt. Sinai, NY 11766

**BLOCK, Senior District Judge**:

      On December 15, 2016, Magistrate Judge Steven L. Tiscione issued a Report and

Recommendation ("R&R") recommending that plaintiff's Motion for Default Judgment

against defendant GPN Bar Inc. be granted and plaintiff be awarded $6,000.00 in

damages, fees, and costs, and that its Motion for Default Judgment against Gregory

Farrell and Michele Farrell be denied and the claims against those individual defendants

be dismissed.  No objections have been filed to date, and the parties' opportunity to

object has passed.

      Where there are no objections, the Court may adopt the R&R without de novo

review.  *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *Mario v. P & C Food Mkts.,*

*Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision.").  The Court must conduct de novo review if it appears that the magistrate judge may have committed plain error.  *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).  No such error appears here.  Accordingly, the Court adopts the R&R without de novo review and grants plaintiff's Motion for Default Judgment against defendant GPN Bar Inc.

**SO ORDERED**.

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
February 1, 2017