UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J&J SPORTS PRODUCTION INC.,                         JUDGMENT
                                                    15-cv-6504 (FB) (ST)
                        Plaintiff,

    -against-

GPN BAR INC., MICHELE L. FARRELL,
and GREGORY FARRELL,

                        Defendants.
------------------------------------------------------------X

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on February 1, 2017, adopting the Report and Recommendation of Magistrate Judge Steven L. Tiscione, dated December 15, 2016, which recommended the following: that plaintiff's Motion for Default Judgment against defendant GPN Bar Inc. be granted, that plaintiff be awarded $6,000.00 in damages, fees, and costs, that its Motion for Default Judgment against Gregory Farrell and Michele Farrell be denied and the claims against those individual defendants be dismissed; it is

ORDERED and ADJUDGED that Plaintiff's motion for default judgment against Defendant GPN Bar Inc. is granted; that plaintiff is awarded $6,000.00 in damages, fees, and costs; that its motion for default judgment against Gregory Farrell and Michele Farrell is denied; and that the claims against those individual defendants are dismissed.

Dated: Brooklyn, New York                           Douglas C. Palmer
       July 13, 2018                                Clerk of Court

                                            by:    */s/ Jalitza Poveda*
                                                   Deputy Clerk